2010 AUG -2 PM 3:20

E.M. RIMANDO
CLERK, APPELLATE COURTS
STATE OF HAWAII

FILED

NO. 30612

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

MICHAEL C. TIERNEY, Petitioner,

vs.

THE HONORABLE RICHARD K. PERKINS, JUDGE OF THE CIRCUIT
COURT OF THE FIRST CIRCUIT, STATE OF HAWAI‘I, Respondent.

ORIGINAL PROCEEDING
(S.P.P. No. 10-1-0018)

ORDER
(By: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.)

Upon consideration of the motion for reconsideration of the July 20, 2010 order denying the petition for a writ of mandamus,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawai‘i, August 2, 2010.